UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
FEB 25 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-5 REGINALD SMITH,

    Defendant.

No. 12-cr-20603

Hon. Arthur J. Tarnow

---

## VERDICT

---

WE, THE JURY, FIND REGINALD SMITH:

As to Count 1—Conspiracy to Commit Health Care Fraud

    NOT GUILTY _____    GUILTY ✓

As to Count 10—Conspiracy to Offer, Pay, Solicit, and Receive Kickbacks

    NOT GUILTY _____    GUILTY ✓

Dated: 2/25/15

**s/Jury Foreperson**

**In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**